

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number:     01-13-00102-CV

Trial Court Cause
Number:     907501

Style:     Svetlana B. Poplin

    **v** Amerisure Insurance Company

Date motion filed[*]:     November 11, 2014

Type of motion:     Motion for Rehearing

Party filing motion:     Appellant

Document to be filed:     no

Is appeal accelerated? ☐ YES    ☒ NO

Ordered that motion is:

    ☐  Granted

        If document is to be filed, document due: _____

        ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☒  Denied

    ☐  Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐  Other: _____

Judge's signature: /s/ Sherry Radack
        ☐ Acting individually    ☒ Acting for the Court

Panel consists of  Chief Justice Radack, and Justices Bland and Huddle

Date: January 14, 2014